| | |
|---|---|
| 1 | Donnie R. Cox, Esq. SBN: 137950 |
| | Dennis B. Atchley, Esq. SBN: 70036 |
| 2 | LAW OFFICE OF DONNIE R. COX |
| | 402 North Nevada Street |
| 3 | Oceanside, CA 92054-2025 |
| | Telephone (760) 400-0263 |
| 4 | Facsimile  (760) 400-0269 |
| 5 | PAUL W. Leehey,  SBN: 92009 |
| | LAW OFFICE OF PAUL W. LEEHEY |
| 6 | 210 East Fig Street, Ste. 101 |
| | Fallbrook, CA  92028-2002 |
| 7 | Telephone (760) 723-0711 |
| | Facsimile  (760) 723-6533 |
| 8 | |
| | ATTORNEY FOR PLAINTIFFS |

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

PAUL MILLIGAN and SARAH COLE

Plaintiffs

v.

COUNTY OF ORANGE; ORANGE COUNTY SOCIAL SERVICES AGENCY; KENDYL HICKS; PATTY FENOGLIO; COLLEEN HONCH; EDJA  KURTOVIC; PATRICK JENISON ; MARK LOTTMAN; JIM WALDRON and Does 2 through 50 Inclusive

Defendants
_____

S.D., a minor, M.M., a minor, B.M., a minor, by and through their Guardian ad Litem, DANNY TRUITT

Plaintiffs

v.

COUNTY OF ORANGE; ORANGE COUNTY SOCIAL SERVICES AGENCY; KENDYL HICKS; PATTY FENOGLIO; COLLEEN HONCH; EDJA  KURTOVIC; PATRICK JENISON ; MARK LOTTMAN; JIM WALDRON and Does 2 through 50 Inclusive

Defendants

CASE NO: SACV10-1874 JVS (RNBx) and consolidated case
**SACV 11-1693-JVS(RNBx)\*\***

ORDER OF DISMISSAL

---

ORDER OF DISMISSAL

1

8:10-cv-01874-JVS-RNB

1   COMES NOW the Court, pursuant to the Joint Stipulation in Support of Dismissal of Action, and upon good cause being shown, hereby orders that this action is hereby dismissed, with prejudice, pursuant to FRCP 41(a)(1).

IT IS SO ORDERED.

DATED:  December 19, 2012

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE